# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERODE GOODLOW,** | NO. CV 13-1417-CJC (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| **CONNIE GIPSON, WARDEN,** | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 24, 2015.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE